IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DERON GRINAGE,**

    **Plaintiff,**

-vs-                   No. 05-CV-429 DRH

**ROGER E. WALKER, JR.,
RANDY E. GROUNDS,
GREGORY LAMBERT,
JULIE WILKERSON,
ROY BRADFORD,
JUSTIN JOHNSON,
JAMES SANDAGE,
LT. CONRAD,
TERRY CHAPMAN,
CARMELO MONTES,
CINDY MILLER,
COUNSELOR EUBANKS,
ANGELA WINSOR,
MAJOR ROUSEY, and
UNKNOWN PARTY,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Defendants' motion for summary judgment is **GRANTED**. Judgment is entered in favor of Defendants **GREGORY LAMBERT, JAMES SANDAGE** and **COUNSELOR EUBANKS** and against Plaintiff **DERON GRINAGE**.

**IT IS FURTHER ORDERED AND ADJUDGED** plaintiff's claims against Defendants **TERRI CHAPMAN** and **CARMELO MONTES** are dismissed for want of

prosecution.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants **ROGER E. WALKER, JR.**, **RANDY E. GROUNDS, JULIE WILKERSON, ROY BRADFORD, JUSTIN JOHNSON, LT. CONRAD, CINDY MILLER, ANGELA WINSOR and MAJOR ROUSEY** are **DISMISSED** from this action with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that all of Plaintiff's claims against "Unknown Defendants" are **DISMISSED WITH PREJUDICE** for failure to prosecute.

**NORBERT G. JAWORSKI, CLERK**

April 22, 2008.   BY: s/Patricia Brown
                      Deputy Clerk

APPROVED: /s/   *David R Herndon*
**CHIEF JUDGE**
**U.S. DISTRICT JUDGE**